[Criminal No. 694. Filed February 24, 1930.]

[284 Pac. 1118.]

IGNACIO. LOPEZ, Appellant, v. STATE, Respondent.

Mr. W. Dean Nutting, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Appellant was tried and convicted of an assault with a deadly weapon. The transcript of the evidence is not in the record, and of the instructions given only two requested by the state are before us. Appellant has filed no brief, and has called our attention to no error.

The judgment is affirmed.